[No. 66194-9-I.   Division One.   March 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. OSCAR SANCHEZ, *Appellant*.

*Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Spearman, JJ.

[No. 66228-7-I.   Division One.   March 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT RAY ABBETT, *Appellant*.

*Affirmed* by unpublished opinion per Appelwick, J., concurred in by Ellington and Schindler, JJ.

[No. 66244-9-I.   Division One.   March 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID MENDEZ FERNANDEZ, *Appellant*.

*Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Grosse and Leach, JJ.

[Nos. 66824-2-I; 66825-1-I.   Division One.   March 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. U.R., *Appellant*.

*Affirmed* by unpublished opinion per Appelwick, J., concurred in by Ellington and Schindler, JJ.